UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21862-CIV-GAYLES/OTAZO-REYES

TYRONE WHITE,

        Plaintiff,

v.

MIAMI-DADE COUNTY and
J.D. PATTERSON,

        Defendants.
_____/

## NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE

On October 16, 2019, the undersigned conducted a settlement conference. All parties were in attendance. The settlement conference is adjourned pending further negotiations by the Parties.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of October, 2019.

                                                   ALICIA M. OTAZO-REYES
                                                   UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
       Counsel of Record