UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-21862-CIV-GAYLES

TYRONE WHITE, JR.,
Personal Representative of the
Estate of TYRONE WHITE,

    Plaintiff,
v.

MIAMI-DADE COUNTY and
J.D. PATTERSON, an individual,

    Defendants.
_____/

**FINAL JUDGMENT**

**THIS CAUSE** comes before the Court upon the Amended Order of July 19, 2024, [ECF No. 129], in which the Court granted Defendants' Motion for Summary Judgment. Pursuant to Federal Rule of Civil 58, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants, Miami-Dade County and J.D. Patterson, and against Plaintiff Tyrone White, Jr., Personal Representative of the Estate of Tyrone White. Plaintiff shall take nothing from this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of July, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE